NUMBER 13-02-505-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________

TOMMY WAYNE FLEMING , Appellant,



v.



PATRICIO AHUMADA, JR., ET AL. , Appellee.

____________________________________________________________________
On appeal from the 404th District Court

of Cameron County, Texas.

____________________________________________________________________



MEMORANDUM OPINION

Before Justices Yanez, Castillo, and Garza

Opinion Per Curiam



 Appellant, TOMMY WAYNE FLEMING , perfected an appeal from an order entered by the 404th District Court of
Cameron County, Texas, in cause number 97-02-936-G . After the record and briefs were filed and after the cause was set
for submission and oral argument, appellees filed an emergency unopposed motion to dismiss interlocutory appeal as moot. 
In the motion, appellees state that the trial court has entered a final judgment granting permanent injunctive relief which
renders this appeal from a prior temporary injunction moot. Appellees request that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellees' unopposed motion to dismiss the appeal, is of the
opinion that the motion should be granted. Appellees' emergency unopposed motion to dismiss interlocutory appeal as
moot is granted, and the appeal is hereby DISMISSED.

PER CURIAM


Opinion delivered and filed this

the 6th day of February, 2003 .